IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>In the Matter of Charlton Kipp Wordell - #191544 | No. C 14-80070 WHA<br><br>**ORDER OF SUSPENSION** |

    Because Charlton Kipp Wordell has failed to respond to the order to show cause, Mr. Wordell's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: May 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE